UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANNON MONT and DIONESY VARGAS,

                Plaintiffs,

- against -

THE CITY OF NEW YORK, DET. MICHAEL DYE, LT. THOMAS FABRIZI, P.O. SHANNON MYERS, and P.O.s JOHN and JANE DOE #1-10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                Defendants.

**ORDER**

19 Civ. 8770 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference currently scheduled for April 9, 2020 is adjourned to **May 14, 2020 at 11:00 a.m.**

Dated: New York, New York
       March 26, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge