

**T**HE **C**ITY OF **N**EW **Y**ORK

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**DANIEL G. SAAVEDRA**
*Senior Counsel*
Phone: (212) 356-0892
dsaavedr@law.nyc.gov

MEMO ENDORSED    June 1, 2020
The telephone conference scheduled for
June 25, 2020 is adjourned to July 23, 2020
at 11:00 a.m.
SO ORDERED.

*[signature: Paul G. Gardephe]*

_____
Paul G. Gardephe
United States District Judge
June 2, 2020

**BY E.C.F.**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Shannon Mont and Dionesy Vargas v. City of New York, et al.*
     19 Civ. 8770 (PGG)(SN)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter. Defendants City of New York, Detective Michael Dye, Lieutenant Thomas Fabrizi, Detective Shannon Myers, Sergeant James Gerrity, and Officer Jean Francisco (hereinafter "defendants") write, on behalf of the parties, to respectfully inform the Court that they have agreed to adjourn the mediation until July 16, 2020 and to respectfully request a corresponding adjournment of the Initial Conference scheduled for June 25, 2020. Plaintiff's counsel, Rose Weber, Esq., joins in the request to adjourn the initial conference.

By way of background, plaintiffs allege in their Complaint that they were subject to false arrest, *inter alia*, by members of the New York City Police Department on June 12, 2017. This case was accordingly designated as part of the Southern District of New York's Plan for Section 1983 Cases against the City of New York, or its agents, under Local Civil Rule 83.10 (hereinafter "LCR 83.10"). *See* Docket Entry No. 3. Pursuant to LCR 83.10, the parties were scheduled to attend mediation on March 13, 2020. Due to the ongoing public health crisis, this mediation was rescheduled multiple times. In turn, the parties have requested—and the Court has granted—multiple corresponding adjournments of the initial conference until a date following the conclusion of mediation. *See* Docket Entry Nos. 24 & 26.

The parties now write to respectfully inform the Court that the mediation has been rescheduled to July 16, 2020. Accordingly, the parties respectfully request a corresponding

adjournment of the initial conference currently scheduled for June 25, 2020. An adjournment of the initial conference is necessary so that the parties have sufficient time to attend mediation, as contemplated by LCR 83.10, prior to the commencement of formal discovery. An adjournment of the conference is also necessary because this matter will presently be reassigned to a new Assistant Corporation Counsel, who will need sufficient time to familiarize themselves with the case. Accordingly, the parties respectfully request that the initial conference be adjourned until a date following the July 16, 2020 mediation.

Defendants thank the Court for its consideration of these requests.

Respectfully submitted,

Daniel G. Saavedra
*Senior Counsel*
Special Federal Litigation Division

cc:      Rose Minna Weber, Esq. (By ECF)