

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MARIA FERNANDA DECASTRO**
*Senior Counsel*
phone: (212) 356-2658
fax: (212) 356-3509
mdecastr@law.nyc.gov

July 17, 2020

MEMO ENDORSED
The conference is adjourned to
August 13, 2020 at 11:15 a.m.

SO ORDERED.

*/s/ Paul G. Gardephe/*

Paul G. Gardephe
United States District Judge

July 20, 2020

**VIA ECF**
Honorable Paul G. Gardephe
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  Shannon Mont and Dionesy Vargas v. City of New York, et al.
     19 Civ. 8770 (PGG)(SN)

Your Honor:

      I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, representing defendants City of New York, Detective Michael Dye, Lieutenant Thomas Fabrizi, Detective Shannon Myers, Sergeant James Gerrity, and Officer Jean Francisco in the above-referenced matter. The parties write respectfully to request a two week adjournment of the initial conference in this matter, which is presently scheduled for July 23, 2020. This is the second request for an adjournment of the Initial Conference.

      By way of background, plaintiffs allege, *inter alia*, that they were subject to false arrest by members of the New York City Police Department on June 12, 2017. The parties have been negotiating a settlement in this matter with the assigned mediator, John Wilkinson since last week. While the parties have not yet reached an agreement, they are hopeful that continued settlement discussions can result in a settlement of this matter. The parties believe that two weeks should be sufficient to determine if this matter can be settled before entering into discovery. Accordingly, since an initial conference may not be necessary if the parties settle this matter in the next two week, the parties respectfully request a two week adjournment of the initial conference.

- 2 -

The undersigned thanks the Court for its attention to this matter.

                                            Respectfully submitted,

                                            <u>*Maria Fernanda DeCastro*</u> /s/
                                            *Senior Counsel*
                                            Special Federal Litigation Division

cc:     Rose Minna Weber, Esq. (By ECF)
         Rose M. Weber Law Office
         *Attorney for Plaintiff*
         30 Vesey Street, Suite 1801
         New York, New York 10007