UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANNON MONT and DIONESY VARGAS,
                    Plaintiffs,

- against -

THE CITY OF NEW YORK, DET.
MICHAEL DYE, LT. THOMAS FABRIZI,
P.O. SHANNON MYERS, and P.O.s JOHN
and JANE DOE #1-10, individually and in
their official capacities, (the names John and
Jane Doe being fictitious, as the true names are
presently unknown),

                    Defendants.

**ORDER OF DISMISSAL**

19 Civ. 8770 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within sixty days of this order, either party may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending dates and deadlines are adjourned <u>sine die</u>, and any pending motions are moot.

Dated: New York, New York
   August 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge